# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Flava Works, Inc.,** | ) |
| | ) |
| **Plaintiff,** | ) Case No. 1:12-cv-01886 |
| | ) |
| v. | ) |
| | ) |
| **Gregory Nance,** | ) |
| | ) |
| **Defendant.** | ) |

### NOTICE OF MOTION

TO:  James Rowe
     Attorney for the Defendant
     The Law Firm of Rowe & Associates
     1 Dearborn Square, Suite 644
     Kankakee, IL 60901

    PLEASE TAKE NOTICE that on July 10, 2014 at  11   a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge   Lefkow  , or any judge sitting in his/her stead in Courtroom 1925 of U.S. District Court for the Northern District of Illinois, and then and there present the attached *Motion for Default,* copies of which are served electronically upon all parties.

    /s/ Juneitha Shambee, Esq.
    Attorney for Plaintiff
    SHAMBEE LAW OFFICE, LTD.
    P.O. Box 91
    Evanston, IL. 60204-0091
    (773) 741-3602
    Attorney No. 49693
    shambeelaw@gmail.com

### CERTIFICATE OF SERVICE

    The undersigned, certified under penalties of perjury, that I served this Notice along with the attachments by electronic filing and via email on  July 2, 2014 .

     /s/ Juneitha Shambee, Esq.